UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

TRACY MARIE VARESIO and JEFFREY J. VARESIO,
Her Husband,

                      Plaintiff,

              v.

COLGATE UNIVERSITY, JOHN DOE(S) Intended to
be individual(s), entity(ies), corporation(s), partnership(s),
company(ies), that owned and/or were responsible for
maintaining the premises of Colgate University Campus
where the Plaintiff fell on February 13, 2016.

                      Defendants.

***STIPULATION OF
DISCONTINUANCE***

Civil Action No.
5:19-CV-0015
(BKS/ATB)

---

***IT IS HEREBY STIPULATED AND AGREED,*** by and between the
undersigned, the attorneys of record for all the parties to the above entitled action, that
whereas no party hereto is an infant or incompetent person for whom a committee has
been appointed and no person not a party has an interest in the subject matter of the
action, the above entitled action be, and the same hereby is discontinued, without costs to
either party as against the other, and without prejudice as to Plaintiffs' rights to
commence any actions in the Courts of the State of New York. This Stipulation may be
filed without further notice with the Clerk of the Court.

DATED: October 2 , 2019

BY: _Stephanie A. Palmer_

Stephanie A. Palmer, Esq
ROBERT F. JULIAN, P.C.
*Attorneys for Plaintiffs*
*Bar Roll #: 508269*
2037 Genesee Street
Utica, New York 13501
Tel: (315) 797-5610

DATED: October 16 , 2019

BY: _Ryan P. Keleher_

Ryan P. Keleher, Esq.
BOND, SCHOENECK & KING, PLLC
*Attorneys for Defendants*
22 Corporate Woods Blvd., Ste. 501
Albany, New York 12211
Tel: (518) 533-3000

1